IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRONE TIDWELL | CRIMINAL ACTION<br>NO. 94-353 |

## ORDER

**AND NOW**, this 5th day of August 2020, upon consideration of Tyrone Tidwell's Motion to Reduce Sentence [Doc. No. 544], the responses thereto, and all related filings, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1) Tidwell's prison sentence is **REDUCED** to time served;
2) The Warden of FMC Butner shall **RELEASE** Tyrone Tidwell (BOP inmate number: 48183-066) from custody.
3) There being a verified residence and an appropriate release plan in place, this order is **stayed for up to fourteen days** to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.
4) Upon his release from FMC Butner, Tidwell shall proceed immediately to his daughter's home in Baltimore, Maryland;
5) Upon release from custody, Tidwell shall immediately begin serving the **five-year term of supervised release** that was imposed at his sentencing;
6) While on supervised release, Tidwell shall be placed on home confinement with location monitoring; and
7) Within **72 hours** of release, Tidwell shall report to the U.S. Probation Office in Maryland by telephone and shall abide by all other conditions of supervised release imposed by the U.S. Probation Office.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**